```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JUAN DE DIOS DE LUNA,                    :    19cv05578(DLC)
                                         :
                      Plaintiff,         :    ORDER OF
            -v-                          :    DISCONTINUANCE
                                         :
PARKOFF OPERATING CORP., d/b/a THE       :
PARKOFF ORGANIZATION, NETHERLAND         :
PROPERTY ASSETS LLC, d/b/a THE PARKOFF   :
ORGANIZATION, and MAYER BRANDWEIN,       :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **August 13, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         July 14, 2020

_____
DENISE COTE
United States District Judge